IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE CANNON GROUP, INC., )
)
    Plaintiff, ) Civil Action No. 2:16-cv-0515
)
v. ) Judge Michael H. Watson
)
NEW YORK PACKAGING II, LLC, ) Magistrate Judge Vascura
)
    Defendant. )
)

**ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL**

This matter is before the Court for consideration of the Defendant's Unopposed Motion to File Document Under Seal. The Defendant requests leave to file Exhibit 2 in its FED. R. CIV. P. 12(b)(1) Motion to Dismiss, which will be filed on February 16, 2018, under seal. The Defendant represents that the exhibit, which consists of deposition testimony by the Plaintiff, should be filed under seal because it has been designated by the Plaintiff as "HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY."

Upon consideration of the Motion and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

**SO ORDERED.**

                                                                _____
                                                                Elizabeth A. Preston Deavers
                                                                United States Magistrate Judge